NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRANDON TIM SHINAWONGSE,       )
                               )
          Appellant,           )
                               )
v.                             )       Case Nos. 2D16-941
                               )                 2D16-973
STATE OF FLORIDA,              )
                               )       CONSOLIDATED
          Appellee.            )
                               )
_____)

Opinion filed September 28, 2018.

Appeals from the Circuit Court for
Hillsborough County; Samantha Ward,
Judge.

Howard L. Dimmig, II, Public Defender, and
Anthony W. Surber, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.